IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE and LINDY BURKE-SHERMAN : <br><br> : <br>Plaintiffs, : <br> : <br>v. : <br> : <br>BAYER CORPORATION; : <br>BAYER AG; : <br>GLAXOSMITHKLINE, PLC; : <br>GLAXOSMITHKLINE; : <br>SMITHKLINE BEECHAM : <br> : <br>Defendants. : | CIVIL ACTION NO. 02-CV-4366 <br><br><br><br><br><br>ENTRY OF APPEARANCE |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,


_____        _____
Hope S. Freiwald                    Aline Fairweather



_____        _____
Erin Brennan                        Kirstin J. Miller



DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
(215) 994-4000